IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01141-BNB

THOMAS STOCKS, and
MICHELLE STOCKS,

      Plaintiffs,

v.

CITY OF AURORA,
DANIEL J. OATES,
BRADLEY GULLICKSRUD,
DANIEL WITTENBORN,
SCOTT COOPER,
STEVEN W. STANTON,
DANIEL JOHNSON,
JOSH MOHLMAN,
CHRISTOPHER POPPE,
JAD LANIGAN,
PATRICK SMITH, and
JOSEPH DAGOSTA,

      Defendants.

---

ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that

this case does not appear to be appropriate for summary dismissal.  Therefore, this

case is being drawn to a district judge and to a magistrate judge.  *See* D.C.COLO.LCivR

8.1D.  Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

DATED August 26, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge