IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 13-cv-01141-RBJ-CBS      Date: December 21, 2015
Courtroom Deputy: Amanda Montoya      FTR – Reporter Deck-Courtroom A402

*Parties:*                                              *Counsel:*

THOMAS STOCKS,                          *Pro se*
MICHELLE STOCKS,                        *Pro se*

Plaintiff,

v.

CITY OF AURORA, *et al.,*                   Justin Cohen

Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: DISCOVERY HEARING**
**Court in session: 08:52 a.m.**
Court calls case. Appearances of counsel.

The court addresses pending motions.

**ORDERED:**   *[61] Declaration and Demand to Convey Criminal Complaint to Special Grand Jury* is **DENIED**.

Discussion regarding *[72] Motion for Leave of Court for Rule 31 Depositions by Written Question.* This motion was filed after the discovery cut-off. The Plaintiffs have not served any interrogatories. Plaintiffs have served requests for admission and requests for production.

Further discussion regarding state criminal case and discovery sought in that case.

Discussion regarding *[74] Motion to Compel Discovery*. The motion does specify which discovery responses are at issue.

**ORDERED:**   *[74] Motion to Compel Discovery* is **DENIED WITHOUT PREJUDICE**.

   *[72] Motion for Leave of Court for Rule 31 Depositions by Written Question* is **DENIED WITHOUT PREJUDICE.**

Mr. Cohen addresses the court in regards to the Stocks' failure to comply with the court's discovery process before filing discovery motions. Mr. Cohen intends to seek fees and costs for responding to the motions. Mr. Cohen intends to seek fees and costs for Ms. Stock's deposition in which she stated she needed an interpreter. After taking her deposition, defense counsel believes that she did not need an interpreter. Mr. Cohen is given leave to file a motion seeking fees and costs.

The court reviews its practice standards in regards to opposed discovery motions. Discussion regarding *pro bono* program.

Hearing Concluded.

**Court in recess: 10:07 a.m.**
Total time in court: 01:15

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.