IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-01141-RBJ-CBS

THOMAS STOCKS, and
MICHELLE STOCKS,

    Plaintiffs,

v.

CITY OF AURORA,
DANIEL J. OATES,
BRADLEY GUILLICKSRUD,
DANIEL WITTENBORN,
SCOTT COOPER,
STEVEN W. STANTON,
DANIEL JOHNSON,
JOSH MOHLMAN,
CHRISTOPHER POPPE,
JAD LANIGAN, and
JOSEPH DAGOSTA,

    Defendants.

---

AMENDED ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

This matter has been scheduled for a **four day Jury Trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **October 11, 2016 at 9:00 a.m.**

A Trial Preparation Conference is set for **September 9, 2016 at 1:30 p.m.** Pro Se parties and Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial. Proposed jury

instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least one week in advance of the Trial Preparation Conference.

For additional information, please review my practice standards located at

http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx

DATED this 26th day of February, 2016.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge